**STATE of Louisiana**

v.

**Tyrone HALL**

**NO. 2016-K-0633**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Criminal District Court Div. K, No. 512-478; to the Court of Appeal, Fourth Circuit, No. 2015-KA-1257

Denied.

**STATE EX REL. Marlon CARTER**

v.

**STATE of Louisiana**

**NO. 2016-KH-0960**

Supreme Court of Louisiana.

October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. M, Nos. 04-15-0006, 08-14-0830; to the Court of Appeal, First Circuit, No. 2016 KW 0370

Denied.

**LOUISIANA BOARD OF ETHICS IN THE MATTER OF GREAT SOUTHERN DREDGING, INC.**

**NO. 2016-C-1208**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review Ethics Adjudicatory Board, No. 2012-13610-ETHICS-A; to the Court of Appeal, First Circuit, No. 2015 CA 0870

Denied.

HUGHES, J., would grant.

**Jeffrey L. SOUDELIER, Jr.**

v.

**PBC MANAGEMENT, INC., Florida Marine Transporters, Inc., and Florida Marine, LLC**

**NO. 2016-01211**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Charles, 29th Judicial District Court Div. C, No. 76,825; to the Court of Appeal, Fifth Circuit, No. 16-CA-39

Denied.